AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Richard Gregory Zahn<br>*Plaintiff*<br>v.<br>William Barr, in his official capacity as Attorney General of the United States, and Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.   2:19-cv-03553-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The court grants the motion to dismiss for lack of subject matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, on a motion to dismiss.

Date:   June 23, 2020

CLERK OF COURT

s/John P. Bryan, Jr.

*Signature of Clerk or Deputy Clerk*